23-13142 Youngblood v. City of Georgiana Brad Everhart